## (May 13, 1957.)

■ LAWRENCE R. BAILEY, Appellant, v. CORA W. BAILEY, Respondent, et al., Defendants.— Motion for an additional extension of time to serve an amended complaint granted and time extended until 10 days after the entry of the order hereon. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ GOOD-WINE REALTY CORP., Appellant, v. MELITTA SPERLING et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. [See *ante*, p. 761.]

■ ALLAN MIONIS, by His Guardian ad Liem, SOL MIONIS, et al., Respondents, v. MERCHANTS MUTUAL CASUALTY COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ MARIA T. SCHMITT, Appellant, v. GEORGE W. SCHMITT, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. [See *ante*, p. 837.]

■ PHILIP TRENTACOSTE et al., Respondents, v. REALS CONTRACTING CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.